■ ALEXA FIDEN, Respondent, v WILLIAMSVILLE CENTRAL SCHOOL DISTRICT et al., Appellants. [65 NYS3d 854]—Appeal from an order of the Supreme Court, Erie County (E. Jeannette Ogden, J.), entered February 24, 2017. The order denied the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2016 NY Slip Op 32811[U]). Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.

■ In the Matter of Probate of the Last Will and Testament of CHARLOTTE S. VANLOAN, Deceased. EDWARD C. VANLOAN, JR., et al., Respondents; ROBIN V. JONES, Appellant. (Appeal No. 1.) [65 NYS3d 855]—Appeal from an order of the Surrogate's Court, Onondaga County (Ava S. Raphael, S.), entered September 13, 2016. The order, among other things, granted the motion of petitioners for summary judgment dismissing respondent's objections to probate.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988, 988 [4th Dept 1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1st Dept 1978]; *see also* CPLR 5501 [a] [1]). Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.

■ In the Matter of Probate of the Last Will and Testament of CHARLOTTE S. VANLOAN, Deceased. EDWARD C. VANLOAN, JR., et al., Respondents; ROBIN V. JONES, Appellant. (Appeal No. 2.) [65 NYS3d 885]—Appeal from a decree of the Surrogate's Court, Onondaga County (Ava S. Raphael, S.), entered September 21, 2016. The decree, among other things, admitted the Last Will and Testament of decedent Charlotte S. VanLoan to probate.

It is hereby ordered that the decree is unanimously affirmed without costs.

Memorandum: We affirm the decree for reasons stated in the decision at Surrogate's Court. We write only to note that respondent's contention that the Surrogate erred in granting petitioners' motion for summary judgment dismissing her objections to probate because petitioners failed to attach a copy of the pleadings to the motion papers "is raised for the first time on appeal and thus is not properly before us" (*Chapman v Pyramid Co. of Buffalo*, 63 AD3d 1623, 1624 [4th Dept 2009]). Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.